IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                     October 25, 1999

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge


BRISTOL MAYERS BARCELONETA, INC.
et al

vs                                         CIVIL 97-2567CCC

UNITED STATES OF AMERICA


By order of the Court, the Motion Requesting Two-Week Continuance of Trial Date (**docket entry 58**) is GRANTED. **Bench trial is reset for July 26, 2000 at 9:30 AM.** Parties to be notified.

━━ - Secretary

s/c: A. Youngwood
     S. Antonetti
     J. Hurwitz
     L. Bhatia
     D. Eboli

RECD.   TO JUDGE
OCT 2 6 1999
BY
#59