IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS					November 1, 1999


BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge


BRISTOL-MYERS BARCELONETA, INC.,
et al

vs							CIVIL 97-2567CCC

UNITED STATES OF AMERICA


    By order of the Court, the Motion Requesting Two-Week Continuance of Trial Date (**docket entry 58**) is GRANTED. The **trial date is reset for July 26, 2000 at 9:30 AM.** The Joint Stipulation Regarding Closing Agreement Between Plaintiffs and Internal Revenue Service (**docket entry 60**) is NOTED. Parties to be notified.


						- Secretary

Courtroom Dpty
Jury Clerk

NOV - 2 1999