IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Bristol-Myers
vs.
U.S.

CR/CIV/MISC 97-2567 CCC

RECEIVED & FILED '00 JAN 24 AM 8:01 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR

## DESCRIPTION OF MOTION

DATE FILED:  
[] Plaintiff(s)  
[] Defendant(s)

DOCKET: #62

TITLE: Joint Motion for Modification of Case Mgmt Order

## O-R-D-E-R

✓ GRANTED.    __ DENIED.

__ MOOT.      __ NOTED.

OTHER: The pretrial conference is continued to May 23, 2000 at 4:45 P.M. Trial date of 7/26/2000 remains in effect.

Jan. 19, 2000
DATE

CARMEN CONSUELO CEREZO
United States District Judge

63