# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**                    March 24, 2000

**BEFORE HON. CARMEN CONSUELO CEREZO**
United States District Judge

**BRISTOL-MYERS BARCELONETA, INC.,**
et al

**vs**                                CIVIL 97-2567CCC

**UNITED STATES OF AMERICA**

    By order of the Court, the Joint Motion for Modification of Case Management Order

(**docket entry 64**) is APPROVED.  Parties to be notified.

                                   - Secretary

s/c A. Youngwood
S. Antonetti
J. Linnit
Y. Bhatia
Danilo Eboli

3-27-00