IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                    May 23, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

BRISTOL-MYERS BARCELONETA, INC.,
et al

vs                                        CIVIL 97-2567CCC

UNITED STATES OF AMERICA

By order of the Court, having considered Plaintiffs' Motion to Convert Pretrial Conference to a Status Conference and to Continue the Conference(**docket entry 68**), the **pretrial conference set for May 23, 2000 is VACATED**. The Court will enter an order on the mattes raised in said motion. Parties notified by telephone.

- Secretary