IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BRISTOL-MYERS BARCELONETA, INC.,
BRISTOL CARIBBEAN, INC., and BRISTOL
LABORATORIES CORP.

Plaintiffs

vs                                     CIVIL 97-2567CCC

UNITED STATES OF AMERICA

Defendant

## ORDER

Plaintiff's Motion to File Documents Under Seal (**docket entry 66**) is GRANTED.

The Court has reexamined Plaintiffs' Motion to Convert the Pretrial Conference to a Status Conference and to Continue the Conference (**docket entry 68**) and defendant's response (**docket entry 69**). Although the Court understands that the discovery deadline has to be extended and continuance of the trial date is mandated, before establishing any deadline or settings plaintiffs shall address defendant's claims that they have a "legal duty to supplement their discovery responses by identifying other similarly situated taxpayers who allegedly were afforded preferential treatment" (docket entry 69 at p. 5), and that plaintiffs have responded that such request is "premature" and "privileged" (docket entry 69, at p. 3). Plaintiffs must also respond to defendant's statement that only 21 of the 93 third-party taxpayers listed on schedules attached to deposition notices are relevant. A term of fifteen (15) days after notice is GRANTED to comply.

SO ORDERED.

At San Juan, Puerto Rico, on June 7th, 2000.

CARMEN CONSUELO CEREZO
United States District Judge

AO 72A
(Rev.8/82)