IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BRISTOL-MYERS BARCELONETA,
INC., BRISTOL CARIBBEAN, INC.,
and BRISTOL LABORATORIES
CORP.

Plaintiffs

vs                                           CIVIL 97-2567CCC

UNITED STATES OF AMERICA

Defendant

## ORDER

Defendant shall submit to the Court for in-camera inspection, within the term of ten (10) days after notice, (1) the closing agreement entered into by Smithkline Beecham Pharmaceutical Corp. and the IRS and (2) the Appeals Case Memorandum written by IRS Appeals Officer Mr. Ed Sigmond.

SO ORDERED.

At San Juan, Puerto Rico, on August 21, 2000.

CARMEN CONSUELO CEREZO
United States District Judge