# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**         August 3, 2001



**BEFORE HON. CARMEN CONSUELO CEREZO**
United States District Judge

BRISTOL-MYERS BARCELONETA, INC.,
et al

vs                                      CIVIL 97-2567CCC

UNITED STATES OF AMERICA

By order of the Court the Motion Requesting Conference with the Presiding Judge (**docket entry 90**), which is actually a motion for leave to file a reply, is GRANTED. The Clerk of Court shall file the tendered reply. Parties notified by telephone.

⌐⌐⌐⌐ - Secretary

