# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**　　　　　　　August 16, 2001

**BEFORE HON. CARMEN CONSUELO CEREZO**
United States District Judge

BRISTOL-MYERS BARCELONETA, INC.,
et al

vs                                          CIVIL 97-2567CCC

UNITED STATES OF AMERICA

The Court having considered Bristol-Myers Barceloneta, Inc., Bristol Caribbean, Inc. and Bristol Laboratories Corp.'s Motions Requesting Conference with the Presiding Judge (**docket entries 88 and 90**), the government's Response (**docket entry 89**) and Plaintiffs' Proposed Reply in Support of their Motion Requesting Conference With Presiding Judge (**docket entry 94**), the Motion for a conference is DENIED. Parties to be notified.

　　　　　　　　　　　　　　　　　　　　　　　　　　　／ - Secretary

s/cs:to ( )
attys/pts
in ICMS

AUG 2 3 2001

