IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BRISTOL-MYERS BARCELONETA, INC.,
BRISTOL CARIBBEAN, INC., and BRISTOL
LABORATORIES CORP.

Plaintiffs

vs                                              CIVIL 97-2567CCC

UNITED STATES OF AMERICA

Defendant

**O R D E R**

Having reviewed _in camera_ the SmithKline Beecham Summary and the Closing
Agreement, the Court finds that they do not fall within the scope of the February 5, 1999
Order (_see_ docket entry 44) and are not relevant to the claim.  Accordingly, the government
will not produce these documents to plaintiffs.

SO ORDERED.

At San Juan, Puerto Rico, on August 22, 2001.

CARMEN CONSUELO CEREZO
United States District Judge

s/cs:to ( 7 )
attys/pts
in ICMS

AUG 2 3 2001