IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BRISTOL-MYERS BARCELONETA, INC.,
BRISTOL CARIBBEAN, INC., and BRISTOL
LABORATORIES CORP.
Plaintiffs

vs                                    CIVIL 97-2567CCC

UNITED STATES OF AMERICA
Defendant

## FINAL CASE MANAGEMENT ORDER

There being no pending motions in this action, **the parties are GRANTED a final term, which expires September 30, 2001 in which to conclude discovery.** By this deadline, all interrogatories and requests for production of documents and for admissions must be answered and all depositions and examinations taken. This means that interrogatories and requests for admissions must be served at least thirty (30) days prior to the deadline and notice of depositions given within a reasonable time within the deadline. The parties are advised that the discovery period established herein will not be postponed or altered except by order of the Court and upon good cause shown. During this period the parties shall engage in cooperative efforts to conclude all their discovery. Any discovery problem which may not be solved informally as required by the Local Rules of Procedure, shall be brought promptly to the Court's attention. However, no such motion will be reviewed unless it contains a statement by the movant, pursuant to Local Rule 311.11, that a good faith effort was made with opposing counsel to reach an agreement on the matters set forth in the motion. While any such problem is pending resolution by the Court, discovery on all other matters shall continue. No motion shall interrupt discovery unless the Court so orders. The parties are reminded that they are not to file any discovery papers with the Court other than as permitted by Local Rule of Procedure 315.

If the filing of a dispositive motion is deemed necessary, it shall be filed within thirty (30) days after the conclusion of discovery. If not filed by said date, the arguments thereunder shall be deemed



CIVIL 97-2567CCC                                                    2

waived. Any opposition will be filed within thirty (30) days after filing of the motion. If any reply to the opposition is needed, it shall be filed only after requesting leave from the Court as required by Local Rule of Procedure 311.7. No other pre-trial dispositive motion shall be filed without first requesting and obtaining the Court's permission.

**The pretrial conference is hereby set for April 30, 2002 at 4:45 PM. The jury trial is reset for August 8, 2002 at 10:00 AM.**

The action will be set for **a settlement conference** after the close of discovery, unless the parties request an earlier setting.

The parties are reminded that if they want the case set for trial before a U.S. Magistrate-Judge, pursuant to 28 U.S.C. §633(c), they must comply with the requirements of Local Rule of Procedure.

SO ORDERED.

At San Juan, Puerto Rico, on August 22, 2001.

                                        CARMEN CONSUELO CEREZO
                                        United States District Judge

s/cs:to ( 5 )
attys/pts
in ICMS
AUG 2 3 2001