IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**  September 14, 2001

**BEFORE HON. CARMEN CONSUELO CEREZO**
United States District Judge

BRISTOL-MYERS BARCELONETA, INC.,
et al

vs  CIVIL 97-2567CCC

UNITED STATES OF AMERICA

By order of the Court on this date the documents submitted for in-camera inspection pursuant to the Court's Order of August 24, 2000 (see docket entry 82) were returned to the United States of America. The docket shall so reflect.

*~~~* - Secretary

s/cs:to (5)
attys/pts
in ICMS
SEP 17 2001