IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**　　　　　　November 5, 2001

**BEFORE HON. CARMEN CONSUELO CEREZO**
United States District Judge

BRISTOL-MYERS BARCELONETA, INC.,
et al

Plaintiffs

vs　　　　　　　　　　　　　　　　　　CIVIL 97-2567CCC

UNITED STATES OF AMERICA

Defendant

_____

　　By order of the Court the United States shall file, under seal, the documents submitted to the Court for in-camera review and which are the subject of the Order issued on this same date. Parties to be notified.

　　　　　　　　　　　　　　　　　　　　　　　　　　- Secretary

s/cs:to ( 5 )
attys/pts
in ICMS
NOV 1 4 2001