IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

..............................................................x
BRISTOL-MYERS BARCELONETA, INC.;
BRISTOL CARIBBEAN, INC.; AND BRISTOL
LABORATORIES CORP.

                        Plaintiffs,      :  Civil 97-2567 CCC

                           v.

UNITED STATES OF AMERICA

                        Defendant.
..............................................................x

**ORDER**

Having considered the stipulated motions for modification of the Stipulation and Protective Order, the same are hereby APPROVED. Paragraph 7(a) of the Stipulation and Protective Order is hereby modified to add Frederick S. Schiff, John McGoldrick, Esquire, and Stephen Gordon, Esquire, to the employees and counsel of Bristol-Myers Squibb Co. identified therein.

SO ORDERED.

Dated this 9th day of January 2001, at San Juan, Puerto Rico.

                                     CARMEN CONSUELO CEREZO
                                     United States District Judge

Doc#. NY6: 88134.1