IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**          January 16, 2002

**BEFORE HON. CARMEN CONSUELO CEREZO**
United States District Judge

BRISTOL-MYERS BARCELONETA, INC.,
et al

vs                                    CIVIL 97-2567CCC

UNITED STATES OF AMERICA

By order of the Court the following motions are MOOT: Joint Motion for Modification of Final Case Management Order, Plaintiffs' Motion Requesting Leave to File Reply and United States of America's Motion for Extension of Time to File Dispositive Motion (**docket entries 101, 103 and 106**). The docket shall so reflect.

- Secretary