# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**  April 12, 2002

**BEFORE HON. CARMEN CONSUELO CEREZO**
United States District Judge

BRISTOL-MYERS BARCELONETA, INC.,
et al

vs                                                       CIVIL 97-2567CCC

UNITED STATES OF AMERICA

By order of the Court the following motions are MOOT: Plaintiffs' Motion to Supplement their Motion for Reconsideration of the Court's Order of August 23, 2001, the United States of America's Second Motion for Extension to File Dispositive Motion and Plaintiffs' Motion for One-Day Extension to File Opposition to Summary Judgment and Documents Under Seal (**docket entries 102, 112 and 123**). The docket shall so reflect.

The Joint Motions for Modification of Final Case Management Order (**docket entries 118, 120, 121 and 122**) are DENIED. Parties to be notified.

— Secretary

s/cc:to (5)
attys/pts
in ICMS
APR 1 5 2002