IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BRISTOL-MYERS CO., et al

Plaintiff

v.                                                    CIVIL NO. 97-2567 (CCC)

U.S.A.

Defendant

## MEMORANDUM OF THE CLERK

Pursuant to the order entered in Misc. 02-55 dated April 12, 2002, this case was randomly reassigned to U.S. District Judge Jay A. García-Gregory.

In San Juan, Puerto Rico, this 15th day of April 2002.

FRANCES RIOS DE MORAN, ESQ.
Clerk of Court