CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2002 APR 17  AM 10: 42

RECEIVED AND FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| BRISTOL-MYERS CO., et al | |
| **Plaintiff(s)** | |
| v. | CIVIL NO. 97-2567 (JAG) |
| UNITED STATES OF AMERICA | |
| **Defendant(s)** | |

ORDER

The undersigned judge recuses himself in this case. This case is returned to the Clerk for appropriate reassignment.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 16th day of April 2002.

JAY A. GARCIA-GREGORY
U.S. District Judge