IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BRISTOL-MYERS

Plaintiffs

v.                                              CIVIL NO. 97-2567 (JAG)

U.S.A.

Defendant

### MEMORANDUM OF THE CLERK

Pursuant to recusal order of Judge Jay A. García-Gregory dated April 17, 2002 this case is reassigned to U.S. District Judge Héctor M. Laffitte.

In San Juan, Puerto Rico, this 17th day of April 2002.

FRANCES RIOS DE MORAN, ESQ.
Clerk of Court