UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BRISTOL-MYERS CO., et al.

v.

UNITED STATES OF AMERICA

CASE NUMBER: 97-2567 (HL)

| Order |
|---|
| The pretrial conference scheduled for April 30, 2002 at 4:45 p.m. will be held before the undersigned judge. |

DATE 4/24/12

HECTOR M. LAFFITTE
Chief U.S. District Judge



