IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
.................................................................x
BRISTOL-MYERS BARCELONETA, INC.;      :
BRISTOL CARIBBEAN, INC.; AND BRISTOL  :
LABORATORIES CORP.                    :
                                      :
                    Plaintiffs,       :    Civil 97-2567 HML
                                      :
             v.                       :
                                      :
UNITED STATES OF AMERICA              :
                                      :
                    Defendant.        :
.................................................................x
```

*Received & filed April 30, 2002 5:00 PM*

## ORDER

Plaintiffs' application to amend the Stipulation and Protective Order is

GRANTED.  Paragraph 7(a) of the Stipulation and Protective Order is hereby modified to

add Harrison M. Bains to the employees of Bristol-Myers Squibb Co. identified therein.

SO ORDERED.

Dated this 3o<sup>th</sup> day of _____April_____, 2002, at San Juan, Puerto Rico.

_____
HECTOR M. LAFFITTE
Chief United States District Judge



(5)                                                                (134)