IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

...........................................................................x
BRISTOL-MYERS BARCELONETA, INC.;
BRISTOL CARIBBEAN, INC.; AND BRISTOL
LABORATORIES CORP.

         Plaintiffs,    Civil 97-2567 HL

     v.

UNITED STATES OF AMERICA

         Defendant.
...........................................................................x

**ORDER**

Having considered the parties' joint motion to correct the Pretrial Order, the same is hereby GRANTED. The citations on page 2 of the Pretrial Order to the subject matter jurisdiction of the Court are changed to 28 U.S.C. § 1346(a)(1).

SO ORDERED.

Dated this 31st day of May, 2002, at San Juan, Puerto Rico.

_____
HECTOR M. LAFFITTE
Chief United States District Judge

Doc#: NY6: 213015_1