# UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF PUERTO RICO

BRISTOL-MYERS BARCELONETA, INC.;
BRISTOL CARIBBEAN; and BRISTOL
LABORATORIES CORP.,

      Plaintiffs,

      v.

UNITED STATES OF AMERICA,

      Defendant.

CIVIL NO. 97-2567 (CC)

RECEIVED & FILED
02 JUN -5 PM 12: 28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

## O R D E R

This case is hereby reassigned to the Honorable Patti B. Saris, sitting by designation.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, June 4, 2002.

HECTOR M. LAFFITTE
Chief U.S. District Judge.

s/cs:to ( 5 )
attys/pts
in ICMS

JUN - 5 2002