# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

DIST. OF PUERTO RICO

CASE NO. 97-CV-2567-PBS (HML)

RECEIVED & FILED
'02 JUN 28 PM 4:54

| PLAINTIFF | DEFENDANT |
|---|---|
| Bristol-Myers Squibb Co., et al | United States of America |

| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |
|---|---|
| Lewis R. Clayton<br>Paul, Weiss, Rifkind<br>NY NY | Michael J. Martineau<br>US Dept. of Justice<br>Washington, DC |

JUDGE Saris     CLERK Paul Lyness     REPORTER Marie Cloonan

## CLERK'S NOTES

**DATES:**

6/19/02 — Bench trial to be held in Boston on 8/5/02. The back-up trial date is 8/19/02. Parties are scheduled to appear before Judge Mazzone for settlement negotiations on Wednesday - 7/17/02 at 10:30 AM in Courtroom 17 on the 5th floor.

(clknotes.frm - 10/96)                                                    [clknot.]