UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRISTOL-MYERS BARCELONETA )
Plaintiff, )
) '02 JUN 28 PM 4: 54
) CLERK'S OFFICE
v. ) CIVIL ACTION
UNITED STATES OF AMERICA ) NO. 97-CV-2567
Defendant ) DIST. OF PUERTO RICO

### ORDER OF REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to the ADR program for assignment for the following:

\_\_\_\_\_ EARLY NEUTRAL EVALUATION       \_\_\_\_\_ MEDIATION

\_\_\_\_\_ MINI-TRIAL                     \_\_\_\_\_ SUMMARY JURY TRIAL

__X__ SETTLEMENT CONFERENCE            \_\_\_\_\_ SPECIAL MASTER

\_\_\_\_\_ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program. If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

DATE: 6/20/02

HON. PATTI B. SARIS
UNITED STATES DISTRICT JUDGE
BY: _____
DEPUTY CLERK

### CASE CATEGORY

| | | | |
|---|---|---|---|
| Admiralty | \_\_\_\_\_ | Antitrust | \_\_\_\_\_ |
| Civil Rights | \_\_\_\_\_ | Contract | \_\_\_\_\_ |
| Copyright/Trademark/Patent | \_\_\_\_\_ | Environmental | \_\_\_\_\_ |
| ERISA | \_\_\_\_\_ | FELA | \_\_\_\_\_ |
| Labor Relations | \_\_\_\_\_ | Medical Malpractice | \_\_\_\_\_ |
| Personal Injury | \_\_\_\_\_ | Product Liability | \_\_\_\_\_ |
| Shareholder Dispute | \_\_\_\_\_ | | |
| Other | | _____ | |


