UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 97-2567-PBS
Dist. of Puerto Rico

BRISTOL-MYERS BARCELONETA, ET AL,
Plaintiffs,

v.

UNITED STATES OF AMERICA,
Defendant.

RECEIVED & FILED
02 JUL 23 PM 1:56
U.S. DISTRICT COURT
SAN JUAN, P.R.

## SETTLEMENT ORDER OF DISMISSAL

SARIS, D.J.

The Court having been advised that the above captioned action settled:

It is hereby ORDERED that this action is hereby dismissed without costs and without

prejudice to the right of any party, upon good cause shown, to reopen the action within 180 days if

settlement is not consummated.

By the Court,

_____
Deputy Clerk

July 18, 2002

To: All Counsel

