UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

BRISTOL-MYERS BARCELONETA, INC., ET AL
Plaintiffs,

CIVIL ACTION
NO. 97-2567

v.

UNITED STATES OF AMERICA
Defendant.

### NOTICE OF NON-JURY TRIAL

SARIS, U.S.D.J.                                                August 7, 2002
(sitting by designation)

    TAKE NOTICE that the above-entitled case has been set for a Non-Jury Trial on **November 18, 2002**, at **9:00 a.m.**, in Courtroom No. 13, 5th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

By the Court,

Robert C. Alba, Clerk
(617) 748-9175

Copies to: All Counsel

