UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

Bristol-Myers Barceloneta, Inc., et al
                    Plaintiffs,

                                                    CIVIL ACTION
                                                    NO.  97-2567-PBS

          v.

United States of America
                    Defendant.


## NOTICE OF RESCHEDULED JURY TRIAL


SARIS, U.S.D.J.                                          November 13, 2002
(sitting by designation)


      The Jury Trial previously scheduled for November 18, 2002, has been **rescheduled** to
**February 10, 2003, at 9:00 a.m.**


                                          By the Court,



                                          Robert C. Alba, DeputyClerk



Copies to:  All Counsel



resched.ntc

