UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

BRISTOL-MYERS BARCELONETA,
INC.; BRISTOL CARIBBEAN, INC.;
AND BRISTOL LABORATORIES, CORP.
        Plaintiffs,

v.

UNITED STATES OF AMERICA
        Defendant.

CIVIL ACTION
NO. 97-2567-PBS

### NOTICE OF RESCHEDULED JURY TRIAL

SARIS, U.S.D.J.                                                                 February 3, 2003

      The Jury Trial previously scheduled for February 10, 2003, has been **rescheduled** to **March 24, 2003, at 9:00 a.m.**

By the Court,

_____
Robert C. Alba, Deputy Clerk
(617) 748-9175

Copies to:  All Counsel

resched.ntc


