UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRISTOL-MYERS BARCELONETA, INC., ET AL
        Plaintiffs,

CIVIL ACTION
NO. 97-2567-PBS

v.

UNITED STATES OF AMERICA
        Defendant.



**NOTICE OF RESCHEDULED** NON JURY TRIAL

SARIS, U.S.D.J.                                          September 24, 2003

     The NJ Trial previously scheduled for September 29, 2003, has been **rescheduled** to **January 5, 2004, at 9:00 a.m.**

By the Court,

Robert C. Alba, Deputy Clerk
(617) 748-9175

Copies to: All Counsel

resched.ntc