UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRISTOL-MYERS BARCELONETA, INC., ET AL
        Plaintiffs,　　　　　　　　　　　　CIVIL ACTION
　　　　　　　　　　　　　　　　　　　　　　　　　NO.　97-2567-PBS
    v.

UNITED STATES OF AMERICA
        Defendant.


## NOTICE OF RESCHEDULED JURY TRIAL

SARIS, U.S.D.J.　　　　　　　　　　　　　　　　　　　　　　　December 19, 2003

    The Jury Trial previously scheduled for January 5, 2004, has been **rescheduled** to **March 8, 2004, at 9:00 a.m.**

　　　　　　　　　　　　　　　　　　　　　　　By the Court,

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk


Copies to:　All Counsel


resched.ntc

