UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRISTOL-MYERS BARCELONETA, INC., ET AL
    Plaintiffs,

v.

UNITED STATES OF AMERICA
    Defendant.

CIVIL ACTION
NO. 97-2567-PBS
Dist. of Puerto Rico

## NOTICE OF CONTINUED JURY TRIAL

SARIS, U.S.D.J.                              April 2, 2004

The Jury Trial previously scheduled for March 8, 2004, has been **continued** to **May 10, 2004, at 9:00 a.m.**

By the Court,

_____
Deputy Clerk

Copies to: All Counsel

resched.ntc