UNITED STATES DISTRICT COURT

DISTRICT OF PUERTO RICO

| | |
|---|---|
| BRISTOL-MYERS BARCELONETA, INC., BRISTOL CARIBBEAN, INC., and BRISTOL LABORATORIES CORP., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | ) ) ) ) ) ) ) ) Civil No. 97-2567 PBS ) ) ) ) ) ) |

## STIPULATION OF DISMISSAL

The plaintiffs, Bristol-Myers Barceloneta, Inc., Bristol Caribbean, Inc., and Bristol Laboratories Corp., and the defendant, the United States of America, by and through their undersigned attorneys, pursuant to the settlement of this action, do hereby stipulate and agree that this action is dismissed with prejudice, with each party to bear its own costs, including attorney's fees or other expenses of litigation.

DATED:

_____
PATTI B. SARIS
United States District Judge

7/12/04

(However, I have not received or read the settlement and express no opinion on it.)

/pbs/

Respectfully submitted:

_____
LEWIS R. CLAYTON
ALFRED D. YOUNGWOOD
JONATHAN H. HURWITZ
MELISSA ROSE McCLAMMY
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Attorneys for Plaintiffs


_____
MICHAEL J. MARTINEAU
BEATRIZ T. SAIZ
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, D.C. 20044
Telephone:(202) 307-6483
Attorneys for United States


Lisa E. Bhatia Gautier by MJM w/permission
_____
LISA E. BHATIA GAUTIER-USDCPR 206014
Assistant United States Attorney
Torre Chardon, Suite 1200
350 Carlos E. Chardon Avenue
Hato Rey, Puerto Rico 00918
Telephone: (787) 766-5656
Attorney for United States

2